**Fill in this information to identify your case:**

Debtor 1   **Nancy Malone Cooks**

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the **Southern District of Alabama**

Case number _____
(If known)

Check if this is:

☐ An amended filing

Chapter you are filing under:
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

<u>Official Form 101</u>

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a *joint case*--and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Nancy**<br>First name<br>**Malone**<br>Middle name<br>**Cooks**<br>Last name<br><br>Suffix (Sr., Jr., II, III) | **N/A**<br>First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years.**<br><br>Include your married or maiden names. | **Nancy**<br>First name<br>**M.**<br>Middle name<br>**Cooks**<br>Last name<br><br>Suffix (Sr., Jr., II, III)<br><br>**Nancy**<br>First name<br><br>Middle name<br>**Cooks**<br>Last name<br><br>Suffix (Sr., Jr., II, III) | **N/A**<br>First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III)<br><br>**N/A**<br>First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Official Form 101    Case 19-12049    Doc 1    Filed 06/18/19    Entered 06/18/19 14:02:38    Desc Main    Page 1
Voluntary Petition for Individuals Filing for Bankruptcy
Document    Page 1 of 57

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | |
|---|---|
| **Nancy** | |
| First name | First name |
| **Ellen** | |
| Middle name | Middle name |
| **Malone** | |
| Last name | Last name |
| | |
| Suffix (Sr., Jr., II, III) | Suffix (Sr., Jr., II, III) |

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

XXX-XX-2063

N/A

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years.**

Include trade names and doing business as names.

☒ I have not used any business names or EINs

**N/A**
Business name
**N/A**
Business name

**N/A**
EIN

**N/A**
EIN

☐ I have not used any business names or EINs

**N/A**
Business name
**N/A**
Business name

**N/A**
EIN

**N/A**
EIN

**5. Where you live**

**2065 Holmes Drive**
Number    Street

**Mobile AL  36605**
City, State, Zip Code
**Mobile**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**N/A**
Number    Street

City, State, Zip Code

If Debtor 2 lives at a different address:

**N/A**
EIN

Case 19-12049    Doc 1    Filed 06/18/19    Entered 06/18/19 14:02:38    Desc Main
Document    Page 2 of 57

| 6. | Why you are choosing **this district** to file for bankruptcy | *Check one:* | | *Check one:* |
|---|---|---|---|---|

**6.   Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

**N/A**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

**N/A**

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form B2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☒ Chapter 13

---

**8.   How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay Your Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.   Have you filed for bankruptcy within the last 8 years?**

☐ No

☒ Yes   District **Southern District of Alabama**   When **03/04/2015**
Case number **15-00679**                                                      MM/DD/YYYY

District **Southern District of Alabama**   When **09/09/2017**
Case number **17-03405**                                                      MM/DD/YYYY

District **N/A**   When _____   Case number _____
                                                      MM/DD/YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes   Debtor **N/A** _____   Relationship _____

District _____   When _____   Case number _____
                                          MM/DD/YYYY

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | | |
|---|---|---|---|
| | Debtor **N/A** _____ | Relationship _____ |
| | District _____ When _____ | Case number _____ |
| | MM/DD/YYYY | |

**11. Do you rent your residence?**

☒ No.  Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.
    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

☒ No.    Go to Part 4.

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Case 19-12049    Doc 1    Filed 06/18/19    Entered 06/18/19 14:02:38    Desc Main
Document    Page 4 of 57

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Case 19-12049    Doc 1    Filed 06/18/19    Entered 06/18/19 14:02:38    Desc Main
Document    Page 5 of 57

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| | ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| | ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| | ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| | ☐ **Active duty.** I am currently on active military duty in a military combat zone. | ☐ **Active duty.** I am currently on active military duty in a military combat zone. |
| | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts: **N/A**

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No.

☐ Yes.

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000 - 5,000
☐ 5,001 - 10,000
☐ 10,001 - 25,000

☐ 25,001 - 50,000
☐ 50,001 - 100,000
☐ More than 100,000

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| 19. | How much do you estimate your assets to be worth? | ☐ $0 to $50,000<br>☐ $50,001 to $100,000<br>☒ $100,001 to $500,000<br>☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million<br>☐ $10,000,001 to $50 million<br>☐ $50,000,001, to $100 million<br>☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion<br>☐ $1,000,000,001 to $10 billion<br>☐ $10,000,000,001 to $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|
| 20. | How much do you estimate your liabilities to be? | ☐ $0 to $50,000<br>☐ $50,001 to $100,000<br>☒ $100,001 to $500,000<br>☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million<br>☐ $10,000,001 to $50 million<br>☐ $50,000,001, to $100 million<br>☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion<br>☐ $1,000,000,001 to $10 billion<br>☐ $10,000,000,001 to $50 billion<br>☐ More than $50 billion |

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Nancy Malone Cooks                                              06/14/2019
Debtor 1                                                                     MM/DD/YYYY

**For your attorney, if you are represented by one**

*Note that BkAssist is licensed for use only by attorneys. If you are not represented by an attorney, you may not file this petition.*

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Herman D. Padgett                                              06/14/2019
Attorney for Debtor(s)                                                  MM/DD/YYYY

**Herman D. Padgett**
Printed name
**Padgett & Robertson**
Firm name
**4317 Downtowner Loop N.**
Number    Street

**Mobile AL 36609**
City, State, ZIP Code

**2513420264**                                    hdpadgett@hermandpadgett.com
Contact phone                                          Email address
**5655T60H**
Bar number

<table>
<tr><td><b>Fill in this information to identify your case:</b></td></tr>
</table>

Debtor 1 <u>__Nancy Malone Cooks__</u>

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the <u>__Southern District of Alabama__</u>

Case number
(If known)

<b>Check as directed in lines 17 and 21:</b>

According to the calculations required by this Statement:

☒ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☒ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

<u>Official Form 122C-1</u>

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**     Calculate Your Average Monthly Income

1. **What is your marital and filing status? Check one only.**

☒ **Not married.** Fill out Column A, lines 2-11.

☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | *Column A*<br>Debtor 1 | *Column B*<br>Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions).   2. | **$831.66** |  |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in.   3. | **$0.00** |  |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3.   4. | **$0.00** |  |
| 5. | **Net income from operating a business, profession, or farm** |  |  |
|  | Gross receipts (before all deductions)    **$0.00** |  |  |
|  | Ordinary and necessary operating expenses    **$0.00** |  |  |
|  | Net monthly income from a business, profession, or farm   5. | **$0.00** |  |
| 6. | **Net income from rental and other real property** |  |  |
|  | Gross receipts (before all deductions)    **$0.00** |  |  |
|  | Ordinary and necessary operating expenses    **$0.00** |  |  |
|  | Net monthly income from rental or other real property   6. | **$0.00** |  |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**7.** **Interest, dividends, and royalties** | 7. | **$0.00** |

**8.** **Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | **$0.00** |
| For your spouse | **$0.00** |

| | 8. | **$0.00** |

**9.** **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | 9. | **$0.00** |

**10.** **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

| a. | **SS/Widow's Benefits** | 10a. | **$504.00** | **$0.00** |

**11.** **Calculate your total current monthly income.** Add lines 2 through 10 for each column: $1,335.66 + N/A. Then add the total for Column A to the total for Column B. | 11. | **$1,335.66** |

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |

**12.** **Copy your total average monthly income from line 11.** | 12. | **$1,335.66** |

**13.** **Calculate the marital adjustment.** Check one:

☒ You are not married. Fill in 0 in line 13
☐ You are married and your spouse is filing with you. Fill in 0 in line 13.
☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In the following lines, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13.

| a. | |
| | **Total:** | **$0.00** |

**Total.** Add the previous lines and insert the total here. | 13. | **$0.00** |

**14.** **Your current monthly income.** Subtract line 13 from line 12. | 14. | **$1,335.66** |

**15.** **Calculate your current monthly income for the year.** Follow these steps:

Copy your total current monthly income from line 14.     **$1,335.66**

Multiply by 12 (the number of months in a year).     **$16,027.92**

The result is your annual income for this part of the form. | 15. | **$16,027.92** |

**16.** **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. | **Alabama** |

16b. Fill in the number of people in your household. | **1** |

16c. Fill in the median family income for your state and size of household | **$47,657.00** |

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office. | 16. | **$47,657.00** |

**17. How do the lines compare?**

17a. ☒   Line 15 is less than or equal to line 16. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out Calculation of Disposable Income (Official Form122C-2).

17b. ☐   Line 15 is more than line 16. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Disposable Income (Official Form 122C-2).** On line 35 of that form, copy your current monthly income from line 14 above.

| Part 3: | Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4) |
|---|---|

| | | |
|---|---|---|
| **18.** **Copy your total average monthly income from line 11.** | 18. | **$1,335.66** |

**19.** **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13. If the marital adjustment does not apply, fill in 0: **$0.00**

| | | |
|---|---|---|
| Subtract this amount from line 18. | 19. | **$1,335.66** |

**20.** **Calculate your current monthly income for the year.** Follow these steps:

| | | |
|---|---|---|
| 20a. Copy your total current monthly income from line 19. | 20a. | **$1,335.66** |
| Multiply by 12 (the number of months in a year). | | **x 12** |
| 20b. The result is your annual income for this part of the form. | 20b. | **$16,027.92** |
| 20c. Copy the median income for your state and size of household from line 16. | 20c. | **$47,657.00** |

**21. How do the lines compare?**

☒   Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐   Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| Part 4: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

/s/ Nancy Malone Cooks                                           06/14/2019

Signature of Debtor 1                                               Date MM/DD/YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 35 of that form, copy your current monthly income from line 14 above.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

BkAssist® Software Copyright® 2010-2017 by Walter Oney. All rights reserved.

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

|   | | |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|  | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|  | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

### Chapter 12:  Repayment plan for family farmers or fishermen

|  | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|  | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

|  | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|  | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

Case 19-12049    Doc 1    Filed 06/18/19    Entered 06/18/19 14:02:38    Desc Main
Document        Page 13 of 57

BkAssist® Software Copyright® 2010-2017 by Walter Oney. All rights reserved.

> **Warning: File Your Forms on Time**
>
> Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.
>
> For more information about the documents and their deadlines, go to:
> http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**Fill in this information to identify your case:**

Debtor 1    **Nancy Malone Cooks**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Southern District of Alabama**

Case number
(If known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1.    ***Schedule A/B:*** *Property* (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................................. | $130,710.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ............................................................. | $10,288.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................. | $140,998.00 |

**Part 2:    Summarize Your Liabilities**

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.    ***Schedule D:*** *Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*............................................................. | $99,259.00 |
| 3.    ***Schedule E/F:*** *Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................... | $16,752.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................... | $14,993.00 |
| **Your total liabilities** | $131,004.00 |

**Part 3:    Summarize Your Income and Expenses**

| 4.    ***Schedule I:*** *Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I ............................................................. | $2,696.00 |
|---|---|
| 5.    ***Schedule J:*** *Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22, Column A, of Schedule J. ............................................................. | $1,441.00 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor 1    Nancy Malone Cooks                                                    Case number:

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---------|------------------------------------------------------------------|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

**7. What kind of debt do you have?**

☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*** (Official Form 122A-1, 122B, or 122C-1):

Copy your total current monthly income from line 11....................................................................    $1,335.66

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*.................................**

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
|-----------------------------------------------------|-------------|
| 9a. Domestic support obligations (Copy line 6a.).................................................... | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.)........................ | $16,752.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) ............... | $0.00 |
| 9d. Student loans. (Copy line 6f.)....................................................................... | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)................................................................ | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.).......... | $0.00 |
| 9g. **Total.** Add lines 9a through 9f............................................................................ | $16,752.00 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Nancy Malone Cooks**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Southern District of Alabama**

Case number
(If known)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land or Other Real Estate You Own or Have an Interest in |
|---|---|

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1 **2065 Holmes Drive**
Street address, if available, or other description

**Mobile AL 36605**
City, State, ZIP Code

**Mobile**
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other
    **N/A**

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** **Homeplace mortgaged to Nationstar/Mr. Cooper**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $79,300.00 | $79,300.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property** (see instructions)

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**1.2** <u>7133 5th Street</u>
Street address, if available, or other description

<u>Mobile AL 36608</u>
City, State, ZIP Code

<u>Mobile</u>
County

**What is the property?** Check all that apply
- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other
- **N/A**

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number: 7133 5th Street, Mobile, AL 36608; 1/10 interest with siblings**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$45,100.00** | **$4,510.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Owner**
_____

☐ **Check if this is community property** (see instructions)

---

**1.3** <u>2063 Holmes Drive</u>
Street address, if available, or other description

<u>Mobile AL 36605</u>
City, State, ZIP Code

<u>Mobile</u>
County

**What is the property?** Check all that apply
- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other
- **N/A**

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$46,900.00** | **$46,900.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Owner**
_____

☐ **Check if this is community property** (see instructions)

---

**2.** **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ...........................................**   | **$130,710.00** |

---

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No.
- ☒ Yes.

**3.1** Make:   <u>Infiniti</u>

Model:   <u>G37</u>

Year:   <u>2011</u>

Approximate mileage: <u>100,000</u>

Other information: **financed with Credit Acceptance Corporation**

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$8,038.00** | **$8,038.00** |

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

☒ No.
☐ Yes.

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any
   entries for pages you have attached for Part 2. Write that number here ..............................    | **$8,038.00** |

**Part 3:**    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items? (List the current value of the portion you own. Do not
deduct secured claims or exemptions)

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☒ Yes **(Ordinary Household Goods $700.00, D1);  (Livingroom & Bedroom Set; financed with
        W.S. Badcock Corporation $1,000.00, D1)** ...............................................................    **$1,700.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music
   collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☒ Yes **(Cell Phone, TV, Laptop & Printer $250.00, D1)** .........................................    **$250.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp,
   coin, or baseball card collections; other collections, memorabilia, collectibles

   ☒ No
   ☐ Yes ...............................................................................................................    **$0.00**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes
   and kayaks; carpentry tools; musical instruments

   ☒ No
   ☐ Yes ...............................................................................................................    **$0.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☒ No
    ☐ Yes ...............................................................................................................    **$0.00**

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☒ Yes **(Personal Clothing $50.00, D1)**...........................................................    **$50.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☒ No
    ☐ Yes ...............................................................................................................    **$0.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☒ No
    ☐ Yes ...............................................................................................................    **$0.00**

14. **Any other personal and household items you did not already list, including any health aids you
    did not list**

    ☒ No
    ☐ Yes ...............................................................................................................    **$0.00**

---

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................    | **$2,000.00**

| **Part 4:** | **Describe Your Financial Assets** |

**Do you own or have any legal or equitable interest in any of the following?** (List the current value of the portion you own. Do not deduct secured claims or exemptions)

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☒ No
☐ Yes ......................................................................................................................................    $0.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes **Regions Bank; Checking Account; 1/2 interest with Kristen Cooks $250.00 ()**....................    **$250.00**

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes ......................................................................................................................................    $0.00

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes ......................................................................................................................................    $0.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes ......................................................................................................................................    $0.00

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes ......................................................................................................................................    $0.00

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company.
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes ......................................................................................................................................    $0.00

**23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**

☒ No
☐ Yes ......................................................................................................................................    $0.00

**24. Interests in an education IRA** as defined in 26 U.S.C. § 530(b)(1) or under a qualified state tuition plan as defined in 26 U.S.C. § 529(b)(1).

☒ No
☐ Yes ......................................................................................................................................    $0.00

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

☒ No
☐ Yes .................................................................................................................................    **$0.00**

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes .................................................................................................................................    **$0.00**

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes .................................................................................................................................    **$0.00**

**28. Tax refunds owed to you**
Give specific information about them, including whether you already filed the returns and the tax years

☒ No
☐ Yes .................................................................................................................................    **$0.00**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes .................................................................................................................................    **$0.00**

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes .................................................................................................................................    **$0.00**

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance. Name the insurance company of each policy and the beneficiary, and list its value

☒ No
☐ Yes .................................................................................................................................    **$0.00**

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes .................................................................................................................................    **$0.00**

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes .................................................................................................................................    **$0.00**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes .................................................................................................................................    **$0.00**

**35. Any financial assets you did not already list**

☒ No
☐ Yes .................................................................................................................................    **$0.00**

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .........................................    **$250.00**

**Part 5:       Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37.  Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to part 6.
☐ Yes. Go to line 38.

**Part 6:       Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to part 7.
☐ Yes. Go to line 47.

**Part 7:       Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53.  Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☒ No
☐ Yes ...........................................................................................................................  **$0.00**

**54.  Add the dollar value of all of your entries from Part 7, including any entries for pages you have
attached for Part 7. Write that number here** ............................................................................  **$0.00**

**Part 8:       List the Totals of Each Part of this Form**

**55.  Part 1: Total real estate, line 2** ....................................................................................  **$130,710.00**

**56.  Part 2: Total vehicles, line 5** ...........................................................  **$8,038.00**

**57.  Part 3: Total personal and household items, line 15** ....................................  **$2,000.00**

**58.  Part 4: Total financial assets, line 36** .............................................  **$250.00**

**59.  Part 5: Total business-related property, line 45** ...............................  **$0.00**

**60.  Part 6: Total farm- and fishing-related property, line 52** ...............................  **$0.00**

**61.  Part 7: Total other property not listed, line 54** .................................  **$0.00**

**62.  Total personal property.** Add lines 56 through 61 .......................................................  **$10,288.00**

**63.  Total of all property on Schedule A/B.** Add line 55 + line 62 ................................  **$140,998.00**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    __Nancy Malone Cooks__

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the __Southern District of Alabama__

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory limit.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** Check one only, even if your spouse is filing with you.

   ☒ You are claiming Alabama Exemptions and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Homeplace (Line 1) | $79,300.00 | ☒ $15,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code § 6-10-2 |
| 2011 Infiniti G37 (Line 3) | $8,038.00 | ☒ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code § 6-10-6 |
| Livingroom & Bedroom Set (Line 6) | $1,000.00 | ☒ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code § 6-10-6 |
| Ordinary Household Goods (Line 6) | $700.00 | ☒ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code § 6-10-6 |
| Cell Phone, TV, Laptop & Printer (Line 7) | $250.00 | ☒ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code § 6-10-6 |
| Personal Clothing (Line 11) | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code § 6-10-6, 6-10-126 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  *Copy the value from Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Regions Bank (Line 17) | $250.00 | ☒ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code § 6-10-6 |
| **Total** | $89,588.00 | $16,752.00 | |

3. **Are you claiming a homestead exemption of more than $170,350.00?**
   (Subject to adjustment on 04/01/2022 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Case 19-12049    Doc 1    Filed 06/18/19    Entered 06/18/19 14:02:38    Desc Main
Document    Page 24 of 57

**Fill in this information to identify your case:**

Debtor 1 __Nancy Malone Cooks__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the __Southern District of Alabama__

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No.  Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of the collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>if any |
|---|---|---|---|---|
| **2.1**<br>__Credit Acceptance Corporation__<br>Creditor's Name<br>__25505 West 12 Mile Road, Suite 3000__<br>Number  Street<br><br>__Southfield MI 48034__<br>City, State, ZIP Code<br>**Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred: **2018** | Describe the property that secures the claim:<br>**2011 Infiniti G37**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply<br>☒ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset)<br><br>Last 4 digits of account number: | $14,611.00 | $8,038.00 | $6,573.00 |
| **2.2**<br>__Mr. Cooper__<br>Creditor's Name<br>__Attn: Bankruptcy Department__<br>Number  Street<br>__PO Box 619094__<br><br>__Dallas TX 75261__<br>City, State, ZIP Code<br>**Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred: **2006** | Describe the property that secures the claim:<br>**Homeplace**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply<br>☒ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset)<br><br>Last 4 digits of account number: | $71,671.00 | $79,300.00 | $0.00 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Case 19-12049    Doc 1    Filed 06/18/19    Entered 06/18/19 14:02:38    Desc Main
Document          Page 25 of 57

| | Column A **Amount of claim** Do not deduct the value of the collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** if any |
|---|---|---|---|

**2.3**
Springhill Insurance Company
Creditor's Name
267 Houston Street
Number   Street

Mobile AL 36606
City, State, ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred: **2011**

Describe the property that secures the claim:
**2063 Holmes Drive, Mobile, AL  36605**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number:

Column A: $11,277.00
Column B: $46,900.00
Column C: $0.00

**2.4**
WS Badcock Corporation
Creditor's Name
PO Box 724
Number   Street

Mulberry FL 33860
City, State, ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred: **UNKNOWN**

Describe the property that secures the claim:
**Livingroom & Bedroom Set**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number:

Column A: $1,700.00
Column B: $1,000.00
Column C: $700.00

Add the dollar value of your entries in Column A. Write that number here:................................. **$99,259.00**

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**
James W. Garrett
Creditor's Name
3263 Cottage Hill Road
Number   Street

Mobile AL 36616
City, State, ZIP Code

On which line in Part 1 did you enter the creditor? 2.3

Last 4 digits of account number: **UNKNOWN**

**2**
Jo Jo Schwarzauer, Mobile Co. Clerk
Creditor's Name
For Case # DV-2007-001801
Number   Street
205 Government St. Suite 913

Mobile AL 36644
City, State, ZIP Code

On which line in Part 1 did you enter the creditor? 2.3

Last 4 digits of account number: **UNKNOWN**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1 **Nancy Malone Cooks**

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the **Southern District of Alabama**

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**
**Alabama Department of Revenue**
Priority Creditor's Name
**Legal Division**
Number  Street
**PO Box 320001**

**Montgomery AL 36132**
City, State, ZIP Code

Last 4 digits of account number: _____

When was the debt incurred? **2011**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$80.00** | Priority amount: **$80.00** | Nonpriority amount: **$0.00**

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**2.2**
**Internal Revenue Service**
Priority Creditor's Name
**Bankruptcy-Processing Center**
Number  Street
**PO Box 7346**

**Philadelphia PA 19101-7346**
City, State, ZIP Code

Last 4 digits of account number: _____

When was the debt incurred? **2016**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$16,672.00** | Priority amount: **$16,672.00** | Nonpriority amount: **$0.00**

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Case 19-12049     Doc 1     Filed 06/18/19     Entered 06/18/19 14:02:38     Desc Main
Document      Page 27 of 57

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1**

**Ashro**
Nonpriority Creditor's Name

**1112 7th Avenue**
Number  Street

**Monroe WI 53566-1364**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                           **$1,778.00**

When was the debt incurred: **2012**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

**4.2**

**Check Into Cash of Alabama, LLC**
Nonpriority Creditor's Name

**1314 S Main Street**
Number  Street

**Atmore AL 36502**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                           **$500.00**

When was the debt incurred: **2019**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Payday Loan**

**4.3**

**Comenity Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
Number  Street

**PO Box 182125**

**Columbus OH 43218-2125**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                           **$505.00**

When was the debt incurred: **2013**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card for Roman's**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.4**

**Comenity Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
Number    Street

**PO Box 182125**

**Columbus OH 43218-2125**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                                                                      $457.00

When was the debt incurred? **2013**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card for Brylane Home**

---

**4.5**

**Complete Payment Recovery Services, Inc.**
Nonpriority Creditor's Name

**3500 5th Street**
Number    Street

**Northport AL 35476**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                                                                      $144.00

When was the debt incurred? **2013**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Returned Check for Beau Rivage Casino Biloxi**

---

**4.6**

**Covington Credit of Alabama**
Nonpriority Creditor's Name

**Southern Management Corp.**
Number    Street

**P.O. Box 1947**

**Greenville SC 29602**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                                                                      $420.00

When was the debt incurred? **2014**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Personal Loan**

---

**4.7**

**Credit Central**
Nonpriority Creditor's Name

**700 E North St. Suite 15**
Number    Street

**Greenville SC 29601**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                                                                      $614.00

When was the debt incurred? **2014**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Personal Loan**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.8**
**Credit One Bank**
Nonpriority Creditor's Name
**PO Box 98873**
Number    Street

**Las Vegas NV 89193**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                                           $467.00

When was the debt incurred? **2018**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

---

**4.9**
**DirecManagement, Inc.**
Nonpriority Creditor's Name
**PO Box 16243**
Number    Street

**Mobile AL 36616**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                                           $139.00

When was the debt incurred? **2016**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Medical Services for Radiology Associates**

---

**4.10**
**DirecTV**
Nonpriority Creditor's Name
**PO Box 6550**
Number    Street

**Englewood CO 80155**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                                           $1.00

When was the debt incurred? **2014**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Account**

---

**4.11**
**First Premier Bank**
Nonpriority Creditor's Name
**PO Box 2208**
Number    Street

**Vacaville CA 95696**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                                           $409.00

When was the debt incurred? **2018**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.12**

**First Tower Loan**
Nonpriority Creditor's Name

**P O Box 850034**
Number    Street

**Mobile AL 36685**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred: **2014**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Personal Loan**

$2,129.00

---

**4.13**

**Holloway Credit Solutions**
Nonpriority Creditor's Name

**PO Box 230609**
Number    Street

**Montgomery AL 36123**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred: **2019**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Medical Services provided by Mobile Infirmary**

$91.00

---

**4.14**

**Jefferson Capital System**
Nonpriority Creditor's Name

**P.O. Box 7999**
Number    Street

**Saint Cloud MN 56302**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred: **2014**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card for Web Bank/Gettington**

$660.00

---

**4.15**

**K. Jordan**
Nonpriority Creditor's Name

**PO Box 2809**
Number    Street

**Monroe WI 53566**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred: **2014**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

$197.00

BkAssist® Software Copyright® 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.16**
**Merchants Adjustment Service**
Nonpriority Creditor's Name
**PO Box 7511**
Number   Street

**Mobile AL 36670**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                                                                    $910.00

When was the debt incurred: **2011**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Medical Services provided by Diagnostic & Medical Clinic**

**4.17**
**New Horizons Credit Union**
Nonpriority Creditor's Name
**PO Box 2966**
Number   Street

**Mobile AL 36652**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                                                                    $503.00

When was the debt incurred: **2016**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Oerdrawn Account**

**4.18**
**Opt/Urban Trust Bank**
Nonpriority Creditor's Name
**6401 Airport Boulevard**
Number   Street

**Mobile AL 36618**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                                                                    $200.00

When was the debt incurred: **2014**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Personal Loan**

**4.19**
**RGS**
Nonpriority Creditor's Name
**P.O. Box 852309**
Number   Street

**Richardson TX 75085**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                                                                    $444.00

When was the debt incurred: **2013**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Returned Check for Beau Rivage Casino Biloxi**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.20**
**SFC-Central Bankruptcy**
Nonpriority Creditor's Name
**PO Box 1893**
Number   Street

**Spartanburg SC 29304**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                    $540.00

When was the debt incurred? **2014**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Personal Loan**

---

**4.21**
**Stoneberry**
Nonpriority Creditor's Name
**c/o Creditors Bankruptcy Services**
Number   Street
**PO Box 800849**

**Dallas TX 75380**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                    $282.00

When was the debt incurred? **2014**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

---

**4.22**
**Synchrony Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
Number   Street
**PO Box 965060**

**Orlando FL 32896**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                    $491.00

When was the debt incurred? **2012**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card for Midnight Velvet**

---

**4.23**
**Trident Management Group**
Nonpriority Creditor's Name
**P.O. Box 241525**
Number   Street

**Montgomery AL 36124**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:                                    $144.00

When was the debt incurred? **2013**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Returned Check**

| | Total claim |
|---|---|

| | |
|---|---|
| **4.24**<br>**Verizon**<br>Nonpriority Creditor's Name<br>**Bankruptcy Department**<br>Number   Street<br>**500 Technology Dr #550**<br><br>**Weldon Spring MO 63304**<br>City, State, ZIP Code | $881.00 |

Last 4 digits of account number:

When was the debt incurred? **2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Account**

---

| | |
|---|---|
| **4.25**<br>**Westlake Financial Services**<br>Nonpriority Creditor's Name<br>**4751 Wilshire Blvd**<br>Number   Street<br>**Suite 100**<br><br>**Los Angeles CA 90010**<br>City, State, ZIP Code | $1,401.00 |

Last 4 digits of account number:

When was the debt incurred? **2016**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Deficiency balance on 2015 Volkswagen Jetta**

---

| | |
|---|---|
| **4.26**<br>**World Finance Corporation**<br>Nonpriority Creditor's Name<br>**Attn: Bankruptcy Department**<br>Number   Street<br>**PO Box 6429**<br><br>**Greenville SC 29606-6429**<br>City, State, ZIP Code | $686.00 |

Last 4 digits of account number:

When was the debt incurred? **2014**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Personal Loan**

---

| **Part 3:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1**
**Certegy**
Creditor's Name
**PO Box 30046**
Number   Street

**Tampa FL 33630**
City, State, ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.19 of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number: **UNKNOWN**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Case 19-12049    Doc 1    Filed 06/18/19    Entered 06/18/19 14:02:38    Desc Main
Document    Page 34 of 57

| 2 | |
|---|---|
| **Jo Jo Schwarzauer, Mobile Co. Clerk** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Creditor's Name | Line 4.7 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims |
| **For Case # SM-2014-002117** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Number   Street | |
| **205 Government St. Suite 913** | Last 4 digits of account number: **UNKNOWN** |
| | |
| **Mobile AL 36644** | |
| City, State, ZIP Code | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.   Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | **6a. Domestic support obligations** .......................................... | 6a. | $0.00 |
| | **6b. Taxes and certain other debts you owe the government** ........ | 6b. | $16,752.00 |
| | **6c. Claims for death or personal injury while you were intoxicated** .......... | 6c. | $0.00 |
| | **6d. Other.** Add all other priority unsecured claims. Write that amount here.......... | 6d. | $0.00 |
| | **6e. Total** Add lines 6a through 6d. ........................................ | 6e. | $16,752.00 |
| **Total claims from Part 2** | **6f. Student loans** ............................................................... | 6f. | $0.00 |
| | **6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims** ...................... | 6g. | $0.00 |
| | **6h. Debts to pension or profit-sharing plans, and other similar debts** .......... | 6h. | $0.00 |
| | **6i. Other.** Add all other nonpriority unsecured claims. Write that amount here.......... | 6i. | $14,993.00 |
| | **6j. Total.** Add lines 6f through 6i. ........................................ | 6j. | $14,993.00 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1 __**Nancy Malone Cooks**__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the __**Southern District of Alabama**__

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    <u>**Nancy Malone Cooks**</u>

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the <u>**Southern District of Alabama**</u>

Case number _____
(If known)

☐ Check if this is an amended filing

<u>Official Form 106H</u>
# Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
        ☒ No
        ☐ Yes. In which community state or territory did you live? . Fill in the name and current address of that person.

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Nancy Malone Cooks**

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the **Southern District of Alabama**

Case number _____
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing post-petition chapter 13 income as of

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information**<br><br>If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | Sales | |
| | **Employer's name** | Auto Nation | N/A |
| | **Employer's address** | 901 E. I-65 Service Rd. S.<br>Mobile, AL 36606 | N/A |
| | **How long employed there?** | 2 Months | N/A |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Including your non-filing spouse unless you are separated.**

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$2,495.00** | |
| 3. | **Estimate and list monthly overtime pay.** | 3. | **$0.00** | |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | **$2,495.00** | |
| 5. | **List All payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | **$295.00** | |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | **$0.00** | |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5c. **Voluntary contributions for retirement plans** | 5c. | **$0.00** | |
| 5d. **Required repayments of retirement fund loans** | 5d. | **$0.00** | |
| 5e. **Insurance** | 5e. | **$0.00** | |
| 5f. **Domestic support obligations** | 5f. | **$0.00** | |
| 5g. **Union dues** | 5g. | **$0.00** | |
| 5h. **Other deductions.** Specify: | 5h. | **$0.00** | |
| 6. **Add the payroll deductions.** Add lines 5a through 5h | 6. | **$295.00** | |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$2,200.00** | |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** | 8a. | **$0.00** | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. **Interest and dividends** | 8b. | **$0.00** | |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | **$0.00** | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. **Unemployment compensation** | 8d. | **$0.00** | |
| 8e. **Social Security** | 8e. | **$0.00** | |
| 8f. **Other government assistance that you regularly receive** | 8f. | **$496.00** | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **Widow's Pension D1 $496.00** | | | |
| 8g. **Pension or retirement income** | 8g. | **$0.00** | |
| 8h. **Other monthly income.** Specify: | 8h. | **$0.00** | |
| 9. **Add all other income.** Add lines 8a-8h. | 9. | **$496.00** | |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 9 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | **$2,696.00** |
| 11. **State all other regular contributions to the expenses that you list in *Schedule J* (Official Form 106J).** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J* (Official Form 106J). Specify: | 11. | | **$0.00** |
| 12. **Add the amounts on lines 10 and 11.** The result is the combined monthly income. Also write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information* (Official Form 106Sum) if it applies. | 12. | | **$2,696.00** |

**13.   Do you expect an increase or decrease within the year after you file this form?**

☒ No
☐ Yes.
   Explain.....

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1 __Nancy Malone Cooks__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the __Southern District of Alabama__

Case number _____
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of

Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

**1. Is this a joint case?**

☒ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☒ No.
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*

**2. Do you have dependents?**

Do not list Debtor 1 or Debtor 2.

Do not state the dependents' names.

☒ No
☐ Yes. Fill out this information for each dependent

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as your bankruptcy filing date unless you are using this form as supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date

Include expenses paid for with non-cash governmental assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

**Note:** Expenses for property other than the debtor(s)' primary residence(s), if any, are reported in the Summary of Business/Real-Estate Income & Expense annexed to Schedule I.

**Note:** Monthly payments that are being made through the Chapter 13 Plan, if any, are not included in the expenses listed on this schedule.

|  | Your expenses |
|---|---|
| **4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. **$500.00** |
| If not included in line 4: | |
| **4a. Real estate taxes** | 4a. **$0.00** |
| **4b. Property, homeowner's, or renter's insurance** | 4b. **$0.00** |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Your expenses |
|---|---|
| **4c.   Home maintenance, repair, and upkeep expenses**   4c. | **$0.00** |
| **4d.   Homeowner's association or condominium dues**   4d. | **$0.00** |
| **5.   Additional mortgage payments for your residence,** such as home equity loans   5. | **$0.00** |
| **6.   Utilities:** | |
| **6a.   Electricity, heat, natural gas**   6a. | **$100.00** |
| **6b.   Water, sewer, garbage collection**   6b. | **$70.00** |
| **6c.   Telephone, cell phone, Internet, satellite, and cable services**   6c. | **$100.00** |
| **6d.   Other. Specify:**   6d. | |
| **Gas** | **$46.00** |
| **7.   Food and housekeeping supplies**   7. | **$75.00** |
| **8.   Childcare and children's education costs**   8. | **$0.00** |
| **9.   Clothing, laundry, and dry cleaning**   9. | **$0.00** |
| **10.   Personal care products and services**   10. | **$0.00** |
| **11.   Medical and dental expenses**   11. | **$200.00** |
| **12.   Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.   12. | **$75.00** |
| **13.   Entertainment, clubs, recreation, newspapers, magazine, and books**   13. | **$0.00** |
| **14.   Charitable contributions and religious donations**   14. | **$0.00** |
| **15.   Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| **15a.  Life insurance**   15a. | **$0.00** |
| **15b.  Health insurance**   15b. | **$0.00** |
| **15c.  Vehicle insurance**   15c. | **$150.00** |
| **15d.  Other insurance. Specify: N/A**   15d. | **$0.00** |
| **16.   Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  N/A   16. | **$0.00** |
| **17.   Installment or lease payments** | |
| **17a.  Other (Livingroom & Bedroom Set)**   17a. | **$125.00** |
| **18.   Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I* **(Official Form 106I)**   18. | **$0.00** |
| **19.   Other payments you make to support others who do not live with you.** Specify: N/A   19. | **$0.00** |
| **20.   Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I* **(Official Form 106I)** | |
| **20a.  Mortgages on other property**   20a. | **$0.00** |
| **20b.  Real estate taxes**   20b. | **$0.00** |
| **20c.  Property, homeowner's, or renter's insurance**   20c. | **$0.00** |

Case 19-12049    Doc 1    Filed 06/18/19    Entered 06/18/19 14:02:38    Desc Main
                              Document      Page 42 of 57

Debtor 1    Nancy Malone Cooks                                                    Case number:

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | | Your expenses |
|---|---|---|
| **20d. Maintenance, repair, and upkeep expenses** | 20d. | **$0.00** |
| **20e. Homeowner's association or condominium dues** | 20e. | **$0.00** |
| **20f. Other. Specify:** | 20f. | **$0.00** |
| **21. Other.** Specify: N/A | 21. | **$0.00** |
| **22. Calculate your monthly expenses.** | | |
| **22a. Add lines 4 through 21.** | 22a. | **$1,441.00** |
| **22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2** | 22b. | **$0.00** |
| **22c. Add line 22a and 22b. The result is your monthly expenses.** | 22c. | **$1,441.00** |
| **23. Calculate your monthly net income** | | |
| **23a. Copy line 12** *(your combined monthly income)* from *Schedule I* | 23a. | **$2,696.00** |
| **23b. Copy your monthly expenses from line 22 above.** | 23b. | **$1,441.00** |
| **23c. Subtract your monthly expenses from your monthly income. The result is your** *monthly net income* | 23c. | **$1,255.00** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒  No
☐  Yes.
    Explain.....

Case 19-12049    Doc 1    Filed 06/18/19    Entered 06/18/19 14:02:38    Desc Main
Document    Page 43 of 57

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1     **Nancy Malone Cooks**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Southern District of Alabama**

Case number
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person **N/A**. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

/s/ Nancy Malone Cooks                                      06/14/2019
Signature of Debtor 1                                            Date

_____          06/14/2019
Signature of Debtor 2                                            Date

**Fill in this information to identify your case:**

Debtor 1    <u>Nancy Malone Cooks</u>

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the <u>Southern District of Alabama</u>

Case number _____
(If known)

☐ Check if this is an amended filing

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy

**04/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Give Details About Your Marital Status and Where You Lived Before** |
|---|---|

**1.**   **What is your current marital status?**
    ☐ Married
    ☒ Not married

**2.**   **During the last 3 years, have you lived anywhere other than where you live now?**
    ☒ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3.**   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☒ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

**4.**   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities. If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
    ☐ No
    ☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips ☐ Operating a business | $5,391.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $0.00 |
| **For last calendar year:** (January 1 to December 31, 2018) | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $0.00 |
| **For the calendar year before that:** (January 1 to December 31, 2017) | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $0.00 |

Case 19-12049    Doc 1    Filed 06/18/19    Entered 06/18/19 14:02:38    Desc Main
Document    Page 45 of 57

BkAssist® Software Copyright® 2010-2017 by Walter Oney. All rights reserved.

**5.  Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐  No

☒  Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | SS/Widow's Benefits | $2,520.00 | | |
|  | _____ | _____ | _____ | _____ |
|  | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2018) | SS/Widow's Benefits | $5,952.00 | | |
|  | _____ | _____ | _____ | _____ |
|  | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017) | SS/Widow's Benefits | $5,712.00 | | |
|  | _____ | _____ | _____ | _____ |
|  | _____ | _____ | _____ | _____ |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐  No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825.00* or more?

☐  No. Go to line 7.

☐  Yes. List below each creditor to whom you paid a total of $6,825.00* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 04/01/2022 and every 3 years after that for cases filed on or after the date of adjustment.

☒  Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐  No. Go to line 7.

☒  Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Case 19-12049    Doc 1    Filed 06/18/19    Entered 06/18/19 14:02:38    Desc Main
Document    Page 46 of 57

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Credit Acceptance Corporation<br>25505 West 12 Mile Road,<br>Suite 3000<br>Southfield, MI  48034 | 2019 | $1,380.00 | $14,611.00 | ☐ Mortgage<br>☒ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.
☒ No
☐ Yes. List all payments to an insider

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.
☒ No
☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.
☒ No
☐ Yes. Fill in the details

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.
☒ No. Go to line 11.
☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No

☐ Yes. Fill in the details of each gift or contribution

---

**Part 6:    List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No

☐ Yes. Fill in the details

---

**Part 7:    List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☒ Yes. Fill in the details

| Person who was paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| CC Advising, Inc.<br>703 Washington Ave Ste 200<br>Bay City, MI  48708<br><br>Email or website address:<br><br>Person Who Made the Payment if Not You: | Fee for § 109(h)(1) briefing by approved nonprofit budget and credit counseling agency | 06/14/2019 | $9.76 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No

☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No

☐ Yes. Fill in the details

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☒ No

☐ Yes. Fill in the details

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No

☐ Yes. Fill in the details

Case 19-12049    Doc 1    Filed 06/18/19    Entered 06/18/19 14:02:38    Desc Main
Document    Page 48 of 57

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
☒ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
☒ No
☐ Yes. Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns?** Include any property you borrowed from, are storing for, or hold in trust for someone.
☒ No
☐ Yes. Fill in the details.

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

- Environmental law means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- Site means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- Hazardous material means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**
☒ No
☐ Yes. Fill in the details

25. **Have you notified any governmental unit of any release of hazardous material?**
☒ No
☐ Yes. Fill in the details

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**
☒ No
☐ Yes. Fill in the details

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**
☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☒ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Case 19-12049    Doc 1    Filed 06/18/19    Entered 06/18/19 14:02:38    Desc Main
Document      Page 49 of 57

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?**
    **Include all financial institutions, creditors, or other parties.**
    ☒  No
    ☐  Yes. Fill in the details below.

**Part 12:       Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Nancy Malone Cooks                                                          06/14/2019
Signature of Debtor 1                                                           Date

                                                                                 06/14/2019
Signature of Debtor 2                                                           Date

Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?
    ☒  No
    ☐  Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
    ☒  No
    ☐  Yes. Name of person **N/A -- the BkAssist software used to prepare this petition is licensed for use only by attorneys.**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1   **Nancy Malone Cooks**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Southern District of Alabama**

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement disclosing
additional payments or
agreements as of

## Form BKA-2030
# Disclosure of Compensation of Attorney for Debtor    12/15

Use this procedural form, if desired, to disclose the matters enumerated in 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b).

**Disclosure is required within 14 days after the order for relief or another time as the court may direct. A supplemental disclosure is required within 14 days after any payment or agreement not previously disclosed.**

**Attach a copy of the retainer agreement, if any.**

| **Part 1:** | **Compensation** |
|---|---|

For legal services, I have agreed to accept .......................... **$4,000.00**

Prior to the filing of this statement I have received
    Retainer for legal services.............................................. **$0.00**

    Retainer for expenses, including the court filing fee ...... **$0.00**

Balance Due ....................................................................... **$4,000.00**

2. The source of the compensation paid to me was:

  ☐ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:

  ☒ Debtor    ☐ Other (specify)    ☐ N/A

4. ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

| **Part 2:** | **Services** |
|---|---|

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a. ~~Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.~~

  b. ~~Preparation and filing of any petition, schedules, statement of affairs and plan that may be required.~~

  c. ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.~~

  d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters.~~

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

e.  **No compensation has been received. Debtor's counsel is to be paid the amount set by this Honorable Court purusant to Local General Order 4 (amended). A petition for attorney fees is being submitted herewith in compliance with the local rules and orders of this Honorable Court. Attorney reserves the right, if justified, to file additional applications for compensation.**

f.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Any non-dischargeability matters, adversary proceedings, contested matters of any nature and any appeals, any matters, cases, actions, causes of action or other proceedings, cases or matters in any Court (or in no Court) other than the United States Bankruptcy Court for the Southern District  of Alabama, including any appeals. The fees charged do not include any representation in any audit or similar proceeding as may be required under applicable law.**

7.  A copy of my retainer agreement  ☐ is  ☒ is not attached.

| Part 3: | Certification |
|---------|---------------|

I certify that the foregoing is a complete statement of any agreement  or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

/s/ Herman D. Padgett                                                                        06/14/2019
Herman D. Padgett (Padgett & Robertson)                                                      Date

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

# United States Bankruptcy Court
## Southern District of Alabama
## Mobile Division

In re: **Cooks, Nancy**                                   Case No.

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney (if applicable), do hereby certify under penalty
of perjury that the attached Master Mailing List of creditors, consisting of 4 sheets is
complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules
and I/we assume all responsibility for errors and omissions.

/s/ Nancy Malone Cooks                                          06/14/2019
Debtor                                                          Date

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Alabama Department of Revenue
Legal Division
PO Box 320001
Montgomery, AL  36132

Ashro
1112 7th Avenue
Monroe, WI  53566-1364

Certegy
PO Box 30046
Tampa, FL  33630

Check Into Cash of Alabama, LLC
5420 Gvernment Boulevard
Mobile, AL  36693

Comenity Bank
Attn: Bankruptcy Department
PO Box 182125
Columbus, OH  43218-2125

Complete Payment Recovery Services, Inc.
3500 5th Street
Northport, AL  35476

Covington Credit of Alabama
Southern Management Corp.
P.O. Box 1947
Greenville, SC  29602

Credit Acceptance Corporation
25505 West 12 Mile Road, Suite 3000
Southfield, MI  48034

Credit Central
700 E North St. Suite 15
Greenville, SC  29601

Credit One Bank
PO Box 98873
Las Vegas, NV  89193

DirecManagement, Inc.
PO Box 16243
Mobile, AL  36616

DirecTV
PO Box 6550
Englewood, CO  80155

First Premier Bank
PO Box 2208
Vacaville, CA  95696

First Tower Loan
P O Box 850034
Mobile, AL  36685

Holloway Credit Solutions
PO Box 230609
Montgomery, AL  36123

Internal Revenue Service
Bankruptcy-Processing Center
PO Box 7346
Philadelphia, PA  19101-7346

James W. Garrett
3263 Cottage Hill Road
Mobile, AL  36616

Jefferson Capital System
P.O. Box 7999
Saint Cloud, MN  56302

Jo Jo Schwarzauer, Mobile Co. Clerk
For Case # DV-2007-001801
205 Government St. Suite 913
Mobile, AL  36644

Jo Jo Schwarzauer, Mobile Co. Clerk
For Case # SM-2014-002117
205 Government St. Suite 913
Mobile, AL  36644

K. Jordan
PO Box 2809
Monroe, WI  53566

Merchants Adjustment Service
PO Box 7511
Mobile, AL  36670

Mobile Emergency Physicians, LLC
P.O .Box 740899
Atlanta, GA  30374

Mr. Cooper
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX  75261

New Horizons Credit Union
PO Box 2966
Mobile, AL  36652

Opt/Urban Trust Bank
6401 Airport Boulevard
Mobile, AL  36618

RGS
P.O. Box 852309
Richardson, TX  75085

SFC Central Bankruptcy
P.O. Box 1893
Spartanburg, SC  29304

Springhill Insurance Company
267 Houston Street
Mobile, AL  36606

Stoneberry
c/o Creditors Bankruptcy Services
PO Box 800849
Dallas, TX  75380

Synchrony Bank
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL  32896

Trident Management Group
P.O.  Box 241525
Montgomery, AL  36124

Verizon
Bankruptcy Department
500 Technology Dr #550
Weldon Spring, MO  63304

Westlake Financial Services
4751 Wilshire Blvd
Suite 100
Los Angeles, CA  90010

World Finance Corporation
Attn: Bankruptcy Department
PO Box 6429
Greenville, SC  29606-6429

WS Badcock Corporation
PO Box 724
Mulberry, FL  33860